FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 24, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| COLIN GEORGE,<br><br>                    Plaintiffs,<br><br>      v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, an agency of the United States of America,<br><br>                    Defendants. | NO. 2:25-cv-00055-RLP<br><br>ORDER OF DISMISSAL |

Before the Court is the parties' Stipulated Motion for Order of Dismissal, ECF No. 12. The parties stipulate to the dismissal of this action, with prejudice and without an award of attorneys' fees or costs to any party. Pursuant to FRCP 41(a)(1)(A)(ii), a plaintiff may dismiss an action without court order by filing a stipulation of dismissal signed by all parties who have appeared. The stipulation is signed by all parties who have appeared.

Accordingly, **IT IS ORDERED**:

ORDER OF DISMISSAL * 1

1. The parties' Stipulated Motion for Order of Dismissal, **ECF No. 12**, is **GRANTED**.

2. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all claims are **DISMISSED** with prejudice, without an award of fees or costs.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, close the file, and provide copies to the parties.

DATED June 24, 2026.

REBECCA L. PENNELL
United States District Judge

ORDER OF DISMISSAL * 2